01
02
03
04
05
06
07

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

08  ALI M. DUALEH, JAWAHER SHREH,   )   CASE NO. C09-875TSZ
    S.M. (age 11), A.M. (age 8), A.M. (age 7), )
09  A.M. (age 5), A.M. (age 4), S.M. (age 8   )
    months), and MOHAMMED MIRREH  )   MINUTE ORDER
10                                )
                  Plaintiffs,     )
11                                )
                                  )
12          v.                    )
                                  )
13  UNITED STATES OF AMERICA, BAN )
    TIEN, THOMAS PHILLIPS, LANCE  )
14  GRAY, KEVIN KEYES, KEITH KING, )
    P. KORDEL, DAVE LIEBMAN, JEFF )
15  MCCLANE, C. PAGET, and BRET   )
    SHAVERS,                      )
16                                )
                  Defendants.     )
17  _____

18     The following Minute Order is made by direction of the Court, the Honorable
19  Thomas S. Zilly, United States District Judge:

20     (1) Plaintiff's Motion for Summary Judgment, docket no. 49, is DENIED.
        The Court concludes that there are genuine issues of material fact that
21      preclude entry of summary judgment in favor of plaintiff.  Fed. R.
        Civ. P. 56(c)(2).  For the same reason, except as otherwise granted by
22      the Court in its previous Minute Order, docket no. 71, the Municipal

MINUTE ORDER
PAGE -1

Defendants' Motion for Summary Judgment, docket no. 47, is DENIED.

(2) The Clerk is directed to send copies of this Minute Order to all counsel of record.

Filed and entered this 17th day of September, 2010.

                        WILLIAM M. McCOOL, Clerk

                        s/ Claudia Hawney
By: _____
                        Claudia Hawney
                        Deputy Clerk