Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

ALI M. DUALEH, JAWAHER SHREH, S.M. (age 11), A.M. (age 8), A.M. (age 7), A.M. (age 5), A.M. (age 4), S.M. (age 8 months), and MOHAMMED MIRREH

Plaintiffs,

v.

UNITED STATES OF AMERICA, ROBERT BROOKS, BAN TIEN, THOMAS PHILLIPS, LANCE GRAY, KEVIN KEYES, KEITH KING, DAVE LEIBMAN, and JEFF MCCLANE,

Defendants.

No. C09-0875 TSZ

DECLARATION OF JULIE GAMBINO IN SUPPORT OF PLAINTIFFS' MOTION IN LIMINE TO EXCLUDE EVIDENCE RELATING TO PURPORTED PRIOR RAPE ARREST OF ALI DUALEH

*Noted on Calendar: October 22, 2010*

I, Julie Gambino, declare and state as follows:

1. I am competent to testify to the matters contained herein and do so from my own personal knowledge.

2. I am employed as a paralegal in the law firm MacDonald Hoague & Bayless and have been assigned to the above-captioned case. I have worked as a paralegal in the Seattle area for over seven years in both public defense and private law firms.

DECLARATION OF JULIE GAMBINO - 1

3. On or about September 28, 2010, I was asked to locate information pertaining to a criminal charge against Ali. M. Dualeh that purportedly occurred within the Seattle city limits in or about 2001.

4. I performed a case records search by name on the Washington Courts website. In the name search fields I entered Mr. Dualeh's last name and first initial. The search returned two case numbers out of Auburn Municipal Court and Seatac Municipal Court, respectively.

5. I contacted the Auburn Municipal Court by telephone and requested charging information on the case. I was informed that the matter was a "photo ticket" traffic infraction.

6. I contacted the Seatac Municipal Court by telephone and requested charging information on the case. I was informed that the case was a "red light ticket" traffic infraction.

7. I performed a public information search on the Seattle Municipal Court website. In the defendant name search fields I entered Mr. Dualeh's last name and first initial. I did not receive any results for Ali Dualeh.

8. I performed a criminal history search on the Washington State Patrol WATCH website. In the name search fields I entered Mr. Dualeh's last name and first name. I entered Mr. Dualeh's date of birth, 09-19-1953. No record was found. I performed another search using the date of birth 09-19-1963 because Mr. Dualeh stated that when he arrived in the United States his date of birth was recorded incorrectly as 1963. No record was found.

I declare under penalty of perjury according to the laws of the United States of America and the State of Washington that the foregoing is true and correct.

DATED this 13 day of October, 2010.

Julie Gambino

DECLARATION OF JULIE GAMBINO - 2

MACDONALD HOAGUE & BAYLESS
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604 Fax 206.343.3961

9350.1 dj135001

# PROOF OF SERVICE

I hereby declare under penalty of perjury that on October 14, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Richard B. Jolley  
Jeremy W. Culumber  
Keating, Bucklin & McCormack, Inc., P.S.  
Attorneys At Law  
800 5th Ave, Suite 4141  
Seattle, Washington 98104-3175  
Tel 206-623-8861/ Fax 206-223-9423  

rjolley@kbmlawyers.com  
jculumber@kbmlawyers.com

I declare under penalty of perjury under the laws of the United States of America and the State of Washington that the foregoing is true and correct. Executed in Seattle, Washington, on October 14, 2010.

_____  
Mary E. Klein, Legal Assistant  
MacDonald Hoague & Bayless  
705 2d Avenue, Suite 1500  
Seattle, Washington 98104-1746  
Tel 206-622-1604 / Fax 206-343-3961  
maryk@mhb.com

DECLARATION OF JULIE GAMBINO - 3

MacDonald Hoague & Bayless  
705 Second Avenue, Suite 1500  
Seattle, Washington 98104  
Tel 206.622.1604  Fax 206.343.3961

9350.1 dj135001